# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROSETTA BELL,

    Plaintiff,

    -vs-

SELECT THERAPIES-OHIO, et al.,

    Defendants.

Case No. 3:11-cv-082

District Judge Timothy S. Black
Magistrate Judge Michael R. Merz

## ORDER DISSOLVING STAY

On March 21, 2012, this Court granted Plaintiff's Motion for a Stay of proceedings in order to allow Plaintiff to obtain new counsel (Notation Order granting Doc. No. 22). The Order allowed Plaintiff until May 1 to obtain counsel and have him or her enter an appearance in the case.

As of May 17, 2012, no new counsel has appeared on behalf of Plaintiff and no extension of time to obtain counsel has been requested or granted. Accordingly, the stay of proceedings is VACATED and Plaintiff will be shown on the docket as proceeding pro se until or unless she obtains new counsel.

The Court notes that the time allowed for discovery in the case has expired. If any party requires additional time for discovery, a motion (preferably a joint motion) must be filed. Otherwise the Court will expect the parties to hold to the June 8, 2012, summary judgment deadline.

May 17, 2012.

                                              s/ **Michael R. Merz**
                                              United States Magistrate Judge